# UNITED STATES PROBATION OFFICE
## EASTERN DISTRICT OF NORTH CAROLINA

James L. Corpening, Jr.
Chief U.S. Probation Officer



310 Dick Street
Fayetteville, NC 28301-5730
Phone: 910-483-8613
Fax: 910-483-2690

DATE: April 16, 2018

FROM: Eddie J. Smith
Supervising U.S. Probation Officer

SUBJECT: **STAUSING, William Franklin**
**Docket No.: 5:05-CR-259-6BO**
**EARLY TERMINATION REQUEST**

TO: Honorable Terrence W. Boyle
U.S. District Judge

The aforementioned defendant was sentenced by Judge Fox on December 13, 2006, to 112 months in the Bureau of Prisons after he pled guilty to 18 U.S.C. §§ 241, Conspiracy to Commit Civil Rights Violation and 18 U.S.C. §§ 924(c)(1)(A) and 2, Use and Carry a Firearm During and In Relation to a Drug Trafficking Crime and In Furtherance of Such Crime Did Possession a Firearm and Aiding and Abetting. Additionally, Davis was ordered to serve a 60-month term of supervised release. On May 27, 2015, the defendant was released from custody and the term of supervised release commenced.

Since his release from custody, Stausing has been supervised in the Northern District of Georgia (NDGA). Currently, he is supervised by U.S. Probation Officer Travis E. Buehrer. Officer Burhrer reports that Stausing has been in total compliance with the terms of his supervised release. He has paid his restitution obligation in full, tested negative for illicit drug use, obtained no new criminal charges, and has been gainfully employment. He has maintained a stable residence and employment, incurred no new criminal charges, and has. Since being enrolled in this program, he has remained in compliance.

The probation office is requesting early termination. The U.S. Attorney's Office has been contacted and have no objection to this recommendation. Please indicate the court's preference by marking the appropriate selection below.

☑ I agree with the recommendation and have signed the enclosed Orders.
☐ I disagree with the recommendation. I will reconsider in one year.
☐ I disagree with the recommendation. The defendant must serve the entire term of supervision.

_____          4·17·18
Terrence W. Boyle                                    Date
U.S. District Judge

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

v.   Crim. No. 5:05-CR-259-6BO

**WILLIAM FRANKLIN STAUSING**

On May 27, 2015, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

> I declare under penalty of perjury that the foregoing is true and correct.
>
> /s/ Eddie J. Smith
> Eddie J. Smith
> Supervising U.S. Probation Officer
> 150 Rowan Street Suite 110
> Fayetteville, NC 28301
> Phone: 910-354-2537
> Executed On: April 16, 2018

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this __17__ day of __April__, 2018.

Terrence W. Boyle
U.S. District Judge